UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER STALLWORTH,

    Petitioner,

v.                                               Case No. 3:19cv4946-LC-HTC

SECRETARY FDOC,

    Respondent.

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 9, 2020 (ECF No. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Stallworth*, 1998-CF-3148, in the First Judicial Circuit, in and for Escambia County, Florida, ECF No. 1, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of January, 2021.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv4946-LC-HTC